UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

**MARLENE DORTA,**

    Plaintiff,

v.                                        Case No: 5:13-cv-185-Oc-10PRL

**CITIBANK NATIONAL ASSOCIATION**

    Defendant.

## ORDER

This matter is before the Court on Plaintiff's Motion to Add a Party Defendant to this Case. (Doc. 11).

Plaintiff seeks leave to add as a party defendant the current holder of the subject Mortgage and Note -- Wilmington Trust National Association, as successor trustee to Citibank, N.A., as Trustee for BNC Mortgage Loan Trust Series 2007-3 ("Wilmington"). Plaintiff represents that she no longer intends to proceed against Defendant, Citibank National Association, as Trustee for BNC Mortgage Loan Trust Series 2007-3 ("Citibank"). (Doc. 11, p.2). Citibank has no objection to Wilmington being substituted in its place as the current trustee.

Accordingly, Plaintiff's Motion to Add a Party Defendant (Doc. 11) is **GRANTED** to the extent that:

    1. By **November 21, 2013** Plaintiff may file an amended complaint naming as a defendant, Wilmington Trust National Association, as successor trustee to Citibank, N.A., as Trustee for BNC Mortgage Loan Trust Series 2007-3.

- 2 -

2. **However, before filing an amended complaint, Plaintiff shall carefully consider whether she can do so without violating Federal Rule of Civil Procedure 11.**[1] The Court's review of Plaintiff's Complaint raises serious questions about the validity of Plaintiff's legal theory and claims.

**DONE** and **ORDERED** in Ocala, Florida on November 7, 2013.

PHILIP R. LAMMENS
United States Magistrate Judge

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] Fed. R. Civ. P. 11(b) provides:

> **Representations to the Court.** By presenting to the court a pleading, written motion, or other paper – whether by signing, filing, submitting, or later advocating it – an attorney or unrepresented party certifies that to the best of the person's knowledge, information, and belief, formed after an inquiry reasonable under the circumstances:
>
> (1) it is not being presented for any improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;
>
> (2) the claims, defenses, and other legal contentions are warranted by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law or for establishing new law;
>
> (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and
>
> (4) the denials of factual contentions are warranted on the evidence or, if specifically so identified, are reasonably based on belief or a lack of information.